

CLOSED

BUCHANAN INGERSOLL & ROONEY PC
Incorporated in Pennsylvania
550 Broad Street, Suite 810
Newark, New Jersey 07102
973-273-9800
Attorneys for Defendants Linda Rosenberg,
Regency Reporting, Inc., and Rosenberg & Associates, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN X. TOPELSOHN,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN ERIC ROSENBERG, an individual; JER RECEIVABLES, LLC, a New Jersey limited liability company; REGENCY REPORTING, INC., a New Jersey Corporation; LINDA ROSENBERG, an individual; ROSENBERG & ASSOCIATES, INC., a New Jersey corporation; INTERNATIONAL PORTFOLIO, INC., a corporation; and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 2:11-cv-4932 (ES)<br><br>STIPULATION OF<br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

It is hereby stipulated and agreed, by and between the undersigned, that the above captioned matter and all claims by and among all parties are hereby dismissed with prejudice, and without costs or attorney's fees to any party. The dismissal of this matter is subject to the terms of settlement as agreed among the parties. The Court retains jurisdiction for purposes of enforcing the settlement agreement.

| | |
|---|---|
| MANDELBAUM SALSBURG, P.C.<br>Attorneys for Plaintiff<br>Lauren X. Topelsohn | BUCHANAN INGERSOLL & ROONEY PC<br>Attorneys for Defendants Linda Rosenberg,<br>Rosenberg & Associates, Inc., and<br>Regency Reporting, Inc., and |
| By: _____<br>Steven I. Adler<br>Dated: 5/24/14 | By: _____<br>Rosemary J. Bruno<br>Dated: May 29, 2014 |
| PATTERSON BELKNAP WEBB<br>& TYLER LLP<br>Attorneys for Defendant<br>International Portfolio, Inc. | NEAL H. FLASTER, LLC<br>Attorneys for Defendants<br>JER Receivables, LLC and Jonathan Rosenberg |
| By: _____<br>Peter C. Harvey, Esq.<br>Dated: 6/2/14 | By: _____<br>Neal H. Flaster<br>Dated: May 28, 2014 |

SO ORDERED:

_____
Hon. Esther Salas, U.S.D.J.

1047794v1