UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

LAUREN X. TOPELSOHN,

    Plaintiff,

v.

JONATHAN ERIC ROSENBERG, an individual; JER RECEIVABLES, LLC, a New Jersey limited liability company; REGENCY REPORTING, INC., a New Jersey Corporation; LINDA ROSENBERG, an individual; ROSENBERG & ASSOCIATES, INC., a New Jersey corporation; INTERNATIONAL PORTFOLIO, INC., a corporation; and JOHN DOES 1-10,

    Defendants.

Civil Action No. 11-4932 (ES)(JAD)

**CONSENT JUDGMENT**

---

**THIS MATTER HAVING BEEN OPENED TO THE COURT** upon a joint application of the parties pursuant to a settlement of the above-captioned matter; and Plaintiff Lauren X. Topelsohn (Steven Adler, Esq., appearing), Defendant Jonathan Eric Rosenberg (~~Rosemary J. Bruno, Esq., and~~ Neal H. Flaster, Esq., appearing), Defendant JER Receivables, LLC (Neal H. Flaster, Esq., appearing), Defendants Linda Rosenberg, Regency Reporting, Inc., and Rosenberg & Associates, Inc. (Rosemary J. Bruno, Esq., appearing), and Defendant International Portfolio, Inc. (Peter C. Harvey, Esq., appearing) all having reached a settlement of all issues in this case; and based upon the pleadings and proceedings had to date herein; and good cause having been shown;

IT IS ON THIS 17 day of ~~August~~ November 2014,

**ORDERED** that judgment is entered in this action in favor of Plaintiff Lauren Topelsohn and against Defendant International Portfolio, Inc. ("IPI") in the amount of $268,750.00; and it is further

**ORDERED** that all claims asserted by Plaintiff Topelsohn against Defendant IPI are hereby dismissed with prejudice and without costs; and it is further

**ORDERED** that all counterclaims asserted by Defendant IPI against Plaintiff Topelsohn are hereby dismissed with prejudice and without costs; and it is further

**ORDERED** that all cross-claims asserted by Defendants Jonathan Eric Rosenberg, JER Receivables, LLC, Regency Reporting, Inc., Linda Rosenberg, Rosenberg & Associates, Inc. against IPI are hereby dismissed with prejudice and without costs; and it is further

**ORDERED** that all cross-claims asserted by Defendant IPI against Defendants Jonathan Eric Rosenberg, JER Receivables, LLC, Regency Reporting, Inc., Linda Rosenberg and Rosenberg & Associates, Inc. are hereby dismissed with prejudice and without costs.

| | |
|---|---|
| BUCHANAN INGERSOLL & ROONEY PC | MANDELBAUM, SALSBURG, LAZRIS & DISCENZA, P.C. |
| *Rosemary J. Bruno* (signed) | *Steven I. Adler* (signed) |
| Rosemary J. Bruno | Steven I. Adler |
| 550 Broad Street, Suite 810 | 155 Prospect Avenue |
| Newark, New Jersey 07102 | West Orange, New Jersey 07052 |
| (973) 424-5600 | (973) 736-4600 X 142 |
| Attorneys for Defendants Linda Rosenberg, Regency Reporting, Inc., and Rosenberg & Associates, Inc.; ~~and Co-counsel for Defendant Jonathan Rosenberg~~ | Attorneys for Plaintiff Lauren Topelsohn |
| Dated: ~~August~~ September 11, 2014 | Dated: August __, 2014 |

| | |
|---|---|
| NEAL H. FLASTER, L.L.C. | INTERNATIONAL PORTFOLIO, INC. |
| | By _[signature]_____ |
| ___[signature]_____ | Richard Shusterman |
| Neal H. Flaster | President & CEO |
| P.O. Box 21 | |
| 30A Vreeland Road | Dated: August 27th, 2014 |
| Suite 30 | |
| (973) 822-7900 | PATTERSON BELKNAP WEBB & TYLER LLP |
| Attorneys for Defendant | |
| JER Receivables, LLC; and | Peter C. Harvey |
| Co-counsel for Defendant Jonathan Rosenberg | 1133 Avenue of the Americas |
| | New York, New York 10036 |
| Dated: August ___, 2014 | (212) 336-2000 |
| | |
| | Attorneys for Defendant |
| | International Portfolio, Inc. |
| | |
| | Dated: August ___, 2014 |

SO ORDERED:

_[signature]_____
Honorable Esther Salas
United States District Court

| | |
|---|---|
| **NEAL H. FLASTER, L.L.C.** | **PATTERSON BELKNAP WEBB & TYLER LLP** |
| */s/ Neal H. Flaster* | _____ |
| Neal H. Flaster | Peter C. Harvey |
| P.O. Box 21 | 1133 Avenue of the Americas |
| 30A Vreeland Road | New York, New York 10036 |
| Suite 30 | (212) 336-2000 |
| (973)822-7900 | |
| Attorneys for Defendant | Attorneys for Defendant |
| JER Receivables, LLC; and | International Portfolio, Inc. |
| Counsel for Defendant Jonathan Rosenberg | |
| Dated: October 28, 2014 | Dated: April ____, 2014 |

**SO ORDERED:**

_____
Honorable Esther Salas
United States District Court